UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD.,<br><br>*Plaintiff*,<br>v.<br><br>NINTENDO CO., LTD., NINTENDO OF AMERICA, INC., and SAMSUNG DISPLAY CO., LTD.,<br><br>*Defendants*. | Case No. 6:21-cv-1268-ADA |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Solas OLED Ltd. hereby dismisses the above-captioned case, Case No. 6:21-cv-1268-ADA, with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: March 2, 2022

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie (CA State Bar No. 246953)
Email: rmirzaie@raklaw.com
Marc Fenster (CA State Bar No. 181067)
Email: mfenster@raklaw.com
Neil A. Rubin (CA State Bar No. 250761)
Email: nrubin@raklaw.com
James S. Tsuei (CA State Bar No. 285530)
Email: jtsuei@raklaw.com
Philip X. Wang (CA Bar No. 262239)
Email: pwang@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

***Attorneys for Plaintiff Solas OLED Ltd.***

## CERTIFICATE OF SERVICE

I certify that on March 2, 2022, a true and correct copy of this document was electronically filed through the CM/ECF system, which will notify all counsel of record.

*/s/ Reza Mirzaie*
Reza Mirzaie
